CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 1 2 2010

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE
UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

UNITED STATES OF AMERICA

v.  Criminal No. 7:10PO00209

BRIAN RORRER

ORDER

Upon motion of the government, and for reasons stated in open court, it is hereby

**ORDERED**

that the Violation Notice 1264630 against the defendant, BRIAN RORRER, is hereby **DISMISSED.**

Entered: This 8th day of October, 2010.

Michael F. Urbanski,
United States Magistrate Judge